JS - 6

O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRAXTON BERKLEY, | ) | NO. EDCV 13-1745-JGB (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| AMY MILLER, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: May 15, 2014

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE